```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS


JOSEPH BRADSHAW,
      Petitioner,

            vs.                        CIVIL ACTION
                                         NO. 03-12272-DPW

UNITED STATES OF AMERICA,
      Respondent.

-----------------------------------
JOSEPH BRADSHAW,
      Petitioner,

            vs.                        CIVIL ACTION
                                         NO. 03-12324-DPW

UNITED STATES OF AMERICA,
      Respondent.
```

### ORDER

WOODLOCK, District Judge

Pursuant to Rule 4(b) of the Rules Governing Section 2255 Cases, the Clerk of this Court is hereby ordered to serve a copy of the **Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody**, upon the office of the United States Attorney.

It is further ordered that the office of the United States Attorney shall, within 20 days of receipt of this Order, but no later than **DECEMBER 15, 2003,** file a dispositive response, or other responsive pleading, if a dispositive response is not appropriate, to

the motion. If Respondent intends to file a dispositive motion in this case, a dispositive motion shall be filed by **DECEMBER 150, 2003.**

                                            BY THE COURT,

                                            /s/Rebecca Greenberg
                                            Deputy Clerk

DATED: November 24, 2003