UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 03-12324-DPW

JOSEPH BRADSHAW,
Plaintiff
v.

UNITED STATES OF AMERICA,
Defendant.

### WITHDRAWAL OF COUNSEL

Now comes Attorney of record, Robert A. George, and hereby withdraws his appearance as counsel for the plaintiff, Joseph Bradshaw. As reason therefor, counsel has been receiving documents in this case despite the fact that he has not ever filed an appearance in this matter. This withdrawal is being filed simply to clear up the record since counsel does not nor will not represent the plaintiff in this matter.

Dated: February 7, 2002    Respectfully submitted,

Robert A. George, Esquire
BBO # 189400
Robert A. George &
Associates, P.C.
138 Newbury Street
Suite Three
Boston, MA 02116
(617) 262-6900