```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOSEPH BRADSHAW,              )
     Petitioner,              )    CIVIL ACTION NOS.
                              )    03-12272-DPW
          v.                  )    03-12324-DPW
                              )
UNITED STATES OF AMERICA      )
     Respondent.              )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated July 16, 2004, denying the § 2255 motions of the Petitioner for the reasons stated therein, it is hereby ORDERED that the above-entitled actions be, and they hereby are, DISMISSED in their entirety.

                              BY THE COURT,


                              /s/ Rebecca Greenberg
                              Deputy Clerk


DATED: July 16, 2004