# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-12324

United States of America

v.

Joseph Bradshaw

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/1/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 5, 2005.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/5/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:03-cv-12324-DPW

Bradshaw v. United States of America
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 11/19/2003
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Joseph Bradshaw**       represented by   **Joseph Bradshaw**
20980-038
Box 7000
Florence, CO 81226
PRO SE

**Robert A. George, Sr.**
Robert A. George & Associates, PC
77 Newbury Street
Boston, MA 02116
617-262-6900
Fax: 617-262-0046
Email: rgeorgelaw@aol.com
*TERMINATED: 01/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**       represented by   **Timothy Q. Feeley**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-9354
Email: timothy.feeley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2003 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Joseph Bradshaw. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 11/21/2003) |
| 11/24/2003 | 2 | Judge Douglas P. Woodlock : ORDER entered:SERVICE ORDER re 2255 Motion. Order Entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due 12/15/03.(Greenberg, Rebecca) (Entered: 11/24/2003) |
| 11/24/2003 | 13 | MEMORANDUM OF LAW by Joseph Bradshaw to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Captioned as: Pro Se motion and incorporated memorandum of law and fact to vacate set aside or corrected sentence....)(Originally directed to pro se staff) FILED UNDER SEAL. (Rynne, Michelle) (Entered: 01/28/2004) |
| 12/08/2003 | 5 | Letter/request (non-motion) from Joseph Bradshaw. (Rynne, Michelle) (Entered: 12/29/2003) |
| 12/15/2003 | 3 | MOTION for Extension of Time to 1/15/2004 to respond to petition by United States of America.(Smith3, Dianne) (Entered: 12/17/2003) |
| 12/16/2003 |  | Judge Douglas P. Woodlock : Endorsement on motion ORDER entered granting [3] Motion for Extension of Time (Smith3, Dianne) (Entered: 12/17/2003) |
| 12/29/2003 | 4 | Judge Douglas P. Woodlock : Sealed Procedural ORDER entered. (Greenberg, Rebecca) (Entered: 12/29/2003) |
| 01/06/2004 | 6 | MEMORANDUM OF LAW by Joseph Bradshaw RE: 1 Motion to Vacate/Set Aside/Correct Sentence (2255). FILED UNDER SEAL. (Rynne, Michelle) (Entered: 01/06/2004) |
| 01/09/2004 | 7 | SEALED MOTION by Joseph Bradshaw.(Rynne, Michelle) (Entered: 01/12/2004) |
| 01/14/2004 | 8 | MOTION to Modify sealing order by United States of America. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 01/14/2004) |
| 01/14/2004 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 8 MOTION to Modify sealing order by United States of America. FILED UNDER SEAL. (Greenberg, Rebecca) (Entered: 01/14/2004) |
| 01/16/2004 | 9 | MOTION for Extension of Time to 1/20/04 to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America. FILED UNDER SEAL(Rynne, Michelle) (Entered: 01/20/2004) |
| 01/16/2004 |  | Judge Douglas P. Woodlock : Endorsed ORDER entered granting 9 Motion for Extension of Time to File Response/Reply re 1 Motion to Vacate/Set Aside/Correct Sentence (2255). Responses due by 1/20/2004. FILED UNDER SEAL (Rynne, Michelle) (Entered: 01/20/2004) |

| | | |
|---|---|---|
| 01/20/2004 | 10 | MOTION for Leave to File Excess Pages by United States of America. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 01/23/2004) |
| 01/20/2004 | 11 | Response by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). FILED UNDER SEAL. (Rynne, Michelle) (Entered: 01/23/2004) |
| 01/23/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 10 MOTION for Leave to File Excess Pages by United States of America. FILED UNDER SEAL. (Greenberg, Rebecca) (Entered: 01/23/2004) |
| 01/27/2004 | 12 | NOTICE of Withdrawal of Appearance Attorney Robert A. George terminated. (Rynne, Michelle) (Entered: 01/28/2004) |
| 02/02/2004 | 14 | MOTION for Extension of Time to 3/3/04 to File Reply to response as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) Modified on 2/3/2004 (Rynne, Michelle). (Entered: 02/03/2004) |
| 02/04/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 14 MOTION for Extension of Time to 3/3/04 to File Reply to response as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Joseph Bradshaw. FILED UNDER SEAL. (Greenberg, Rebecca) (Entered: 02/04/2004) |
| 02/12/2004 | 15 | Judge Douglas P. Woodlock : SEALED PROCEDURAL ORDER entered.(Rynne, Michelle) (Entered: 02/13/2004) |
| 03/08/2004 | 16 | MOTION for Extension of Time to 3/17/04 to File Reply as to 11 Response by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Joseph Bradshaw. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 03/09/2004) |
| 03/08/2004 | | Judge Douglas P. Woodlock : Endorsed ORDER entered granting [16] Motion for Extension of Time to File Response/Reply; Replies due by 3/17/2004 re: Response by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Rynne, Michelle) (Entered: 03/09/2004) |
| 03/10/2004 | 19 | Letter/request (non-motion) from Robert A. George re: withdrawal of appearance. (Rynne, Michelle) (Entered: 03/23/2004) |
| 03/15/2004 | 17 | Reply to Response to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 03/17/2004) |
| 03/15/2004 | 18 | Affidavit of Joseph Bradshaw re: 1 MOTION to Vacate, Set Aside or Correct Sentence (2255). FILED UNDER SEAL. (Rynne, Michelle) (Entered: 03/17/2004) |
| 04/16/2004 | 20 | Letter/request (non-motion) from Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 04/21/2004) |

| 06/29/2004 | 21 | NOTICE of Change of Address by Joseph Bradshaw. (Rynne, Michelle) (Entered: 06/30/2004) |
|---|---|---|
| 07/16/2004 | 22 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered directing clerk to dismiss this petition.(Woodlock, Douglas) Additional attachment(s) added on 7/16/2004 (Rynne, Michelle). (Entered: 07/16/2004) |
| 07/16/2004 | 23 | Judge Douglas P. Woodlock : ORDER entered: ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 07/16/2004) |
| 08/02/2004 | 24 | SEALED MOTION by Joseph Bradshaw.(Rynne, Michelle) (Entered: 08/03/2004) |
| 08/04/2004 |  | Judge Douglas P. Woodlock : Endorsed ORDER entered denying [24] SEALED Motion (Rynne, Michelle) (Entered: 08/04/2004) |
| 10/01/2004 | 25 | NOTICE OF APPEAL as to 22 Memorandum Order, 23 Order Dismissing Case, Order on Motion for Miscellaneous Relief by Joseph Bradshaw. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/21/2004. (Rynne, Michelle) (Entered: 10/08/2004) |
| 10/01/2004 | 26 | MOTION for Certificate of Appealability by Joseph Bradshaw.(Rynne, Michelle) (Entered: 10/08/2004) |
| 12/09/2004 | 27 | MOTION to Disqualify Judge by Joseph Bradshaw. FILED UNDER SEAL(Nici, Richard) (Entered: 12/09/2004) |
| 06/03/2005 | 28 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying 26 Motion for Certificate of Appealability, denying [27] Motion to Disqualify Judge (Woodlock, Douglas) (Entered: 06/03/2005) |