✱ DATED AND MAILED INSTITUTIONAL MAIL ✱
9-20-05

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

2005 SEP 26

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. 03-12324-D-P.W
Appeal No. 05-2196

Joseph BRADSHAW

v.

UNITED STATES OF AMERICA

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and t_ sign it. Do not leave any blanks: if the answer _ question is "0," "none," or "not applicable (N/_ write in that response. If you need more space _ answer a question or to explain your answer, at_ separate sheet of paper identified with your nar_ case's docket number, and the question number |
| Signed: Joseph Bradshaw | Date: 9-20-05 |
| ✓ ONLY DIST CT # 03-12324-D-P.W ☒ | |

My issues on appeal are: COUNSELS INEFFECTIVENESS FOR: (A) FAILURE TO GET AN _ANKED
RULING ON KNAPP AND REMANO'S TESTIMONY PURSUANT TO 804(B)(3) PRIOR TO HER OPENING;( Scapicchio's
USE IMMUNITY AND COURTS FAILURE TO HOLD A EVIDENTIARY HEARING.(C) LALLY'S 3RD PARTY LAWFUL
CONSENT TO SEARCH; WAIVE (D) - (E) VIOLATION OF SPEEDY TRIAL, (F) COUNSELS FAILURE TO SP_ ) ENOUGH
TIME WITH CLIENT (G) PREJUDICIAL EVIDENCE,(H) DIST CTS DENIAL OF SJ G MOTION AND VERIFIED TION OF
LEAVE TO AMEND 3-STRIKE WHICH IS VIOLATION OF BLAKLEY;✱ WAIVE CLAIM FILED UNDER SSA1 IN 03 272 D-P-W

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweek_ quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amoun_ before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 50 | $ N/A | $ 50 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): | $ 0 | $ N/A | $ 0 | $ N/A |
| Total Monthly income: | $ 50 | $ N/A | $ 0 | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | N/A | N/A | 0 |
| NONE | N/A | N/A | 0 |
| NONE | N/A | N/A | 0 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. *How much cash do you and your spouse have?* $ __0__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | PRISON ACCOUNT | $ 98 | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

SEE: ATTACHED MOTION AND AFFIDAVIT.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NONE | 0 | NONE | 0 | Make & year: NONE | ( |
| NONE | 0 | NONE | 0 | Model: NONE | ( |
| NONE | 0 | NONE | 0 | Registration#: N/A | ( |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: NONE | 0 | NONE | 0 | NONE | 0 |
| Model: NONE | 0 | NONE | 0 | NONE | 0 |
| Registration#: N/A | 0 | NONE | 0 | NONE | 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | 0 | N/A |
| NONE | 0 | N/A |
| NONE | 0 | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | N/A | N/A |
| NONE | N/A | N/A |
| NONE | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No  N/A |  |  |
| Is property insurance included? ☐ Yes ☑ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 41.50 pER CAll | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 2.00 pER visit | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
|  Homeowner's or renter's | $ 0 | $ N/A |
|  Life | $ 0 | $ N/A |
|  Health | $ 0 | $ N/A |
|  Motor Vehicle | $ 0 | $ N/A |
|  Other: _____ | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
|  Motor Vehicle | $ 0 | $ N/A |
|  Credit card (name): NONE | $ 0 | $ N/A |
|  Department store (name): NONE | $ 0 | $ N/A |
|  Other: NONE | $ 0 | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): POSTAGE, LEGAL COPIES TYPING. HYGENE | $ | $ |
| **Total monthly expenses:** | $ 50 | $ 50 |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilitie· during the next 12 months?*
☐ Yes  ☑ No          If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection wit' is case, including the completion of this form?*  ☐ Yes  ☑ No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:
N/A
N/A
N/A

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?*
☑ Yes  ☐ No

If yes, how much? $ TYPIST $3 PER PG - COPIES 10¢, AND POSTAGE

If yes, state the person's name, address, and telephone number:
VARIOUS JAILHOUSE TYPIST WHEN NOT IN THE HOLE. SEE: ATTACHED MOTION AND AFFIDAVIT

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I BEEN INCARCERATED A TOTAL OF 25 YRS. - OVER 10 S ON THIS SENTENCE.. ALWAY'S BEEN DEEMED INDIGENT BY THE COU T WHEN IN POPULATION MY PRISONER JOB MADE 12¢ A MO\ I GET $50 PER MONTH FROM HOME. AND AN OCCASSIONAL ON   OR TWICE A YEAR FINANCIAL GIFT FROM A FRIEND. I'VE BEE SAVING $ THE LAST YEAR AND JUST MAILED $250 FOR COPIES  MY NEW TRIAL MOTION HOME PENDING IN U.S. DISTRICT IN A TMPJ TO SOLICIT PRO-BONO ASSISTANCE ON THAT FILING. THE $ SENT IN FOR

13. State the address of your legal residence.
   Box 7000 - U.S.P Florence
   Florence CO. 81226

Your daytime phone number: (___) _____
Your age: 44        Your years of schooling: 10th Grade - G.E.D.

AFFIDAVIT OF MR. SHUMARD

I AM JOSEPH BRADSHAW COUNCILOR.

MR. BRADSHAW'S BEEN IN THE HOLE SINCE 6-30-05.

DUE TO CONSTRUCTION IN THE HOLE, THERE IS NO SATELLITE LAW LIBRARY.

MR. BRADSHAW SENT 250.00 HOME FOR LEGAL FEES AND HAS A THEN BALANCE OF $98.00.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

COUNSELOR E-A UNIT
USP FLORENCE

SHUMARD  CC EA

DATED 9-20-05

TO: CLERK MARGRET CARTER

FROM: Joseph Bradshaw
      20980-038

RE: Appeals No. 05-2196

CAP

2005 SEP 26 P 3:35

FILED IN CLERKS OFFICE
US COURT OF APPEALS
1st CIRCUIT

DEAR CLERK,

Please find enclosed and mark up for a hearing the following: (1) Affidavit to accompany Motion for Leave to App in Forma Pauperis. (2) Motion to Null/Void Default Intent and to Extend Time for Appellant to File Required Indigency and C.O.A U.S.P. Florence Provides Legal Document File and Law Library Access, with Affidavit of Joseph Bradshaw in Support of No. 05-2196. (3) Affidavit of Counselor Shumard confirming Account Balance and No Law Library Access. (4) Certificate of Service and Verification.

You mailed a Notice of Default Intent to Dismiss if Fee, Filing C.O.A and/or In Forma Pauperis Affidavit wasn't filed by 9-22-05. Pursuant to Institutional Mail Rule - The above been mailed on 9-20-05 and is Timely. If the Court ruled prior to the Receipt of the Enclosed - please inform them it's been filed timely.

Thank you for your time and assistance

Sincerely,

Joseph Bradshaw
Joseph Bradshaw
20980-038
U.S Penitentiary
Box 7000
Florence CO. 81226

DATED 9-20-05

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2196
DC No. 03-12324

JOSEPH BRADSHAW,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

**ORDER OF COURT**
**Entered: September 27, 2005**

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[Certified Copies to the Honorable Douglas P. Woodlock,
Sarah A. Thorton, Clerk USDC of Massachusetts]

[cc: Joseph Bradshaw, Timothy Q. Freeley, AUSA, Dina M. Chaitowitz, AUSA]