UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Bradshaw
   Petitioner

v.                                    Civ. No. 03-12324-D.P.W.

United States of America      App. No. 05-2186
   Defendant                  CR. No. 96-10032 DPW

MOTION REQUESTING THAT THE GOVERNMENT STIPULATE THAT THE FOLLOWING RECORDS BE RETAINED IN THE DISTRICT COURT DESIGNATED PART OF THE RECORD SUBJECT TO BE CALLED BY THE COURT OF APPEAL'S OR REQUEST BY ANY PARTY.

Now come's the Petitioner (Bradshaw's) Pro-se Motion Requesting that the Government stipulate that the following Record's be Retained in the District Court designated part of the record subject to be called by the Court of Appeal's or by Request by any Party, pursuant to Fed. R. App. Proc. 11 (F).

(1) The Docket Entrie's in CR. No. 96-10032, which also should be sent certified to the appeal's court.

(2) Trial Counsel's Opening Statement D.E. 487   4-4-00.

1

(3) Tim Bogart's Testimony, D.E. 487 4-4-00

(4) Mike Stanley's Testimony D.E. 487 4-6-00

(5) Ronald Desimone's Testimony D.E. 487 4-6-00, and D.E. 489 4-7-00.

(6) Donald Desimone's Testimony D.E. 489 4-7-00. Cross of Donald D.E. 489, 4-10-00

(7) Christina Bellefeuille's Testimony D.E. 489 4-11-00

(8) James Werra's Testimony, D.E. 495 4-12-00

(9) Roger Hunt's Testimony, D.E 495, 4-12-00, and D.E. 504, 4-13-00

(10) A copy of the government's motion to preclude defense witnesses re: statements against intrest, D.E. 565, 4-17-00

(11) After Gov't rest's, copy of transcripts of ex-parte hearing with trial counsel, D.E. 504, 4-18-00.

(12) Agent Norris Testimony, D.E 504, 4-18-05

(13) Closing Arguements.

(14) Sutherland and Courteau's guilty pleas.

(15) A copy of the Superceeding Indictment Count's 7 through 9 D.E. 7-28-98.

(16) Unseal the defendants pro-se expartee in-camera motion for a stated proffer hearing of Scapicchio requesting her use immunity

2

AT TRIAL AND ALL ATTORNEY RELATED EXCULPATORY INVESTIGATION REPORTS, LIKELY FILED ON OR ABOUT 3-30-00 OR 3-31-00... OR <u>CERTIFY</u> TO THE 1ST CIRCUIT, THE ENCLOSED MOTION IS THE SAME FILED.

(17) HAVE AVAILABLE THE GOVERNMENT'S OCTOBER 22, 1997 SUPPLERMENTAL MEMORANDUM OF LAW IN SUPPORT OF IT'S MOTION TO DISQUALIFY Scapicchi COUNSEL FOR DEFENDANT SUTHERLAND, OR CERTIFY TO THE 1ST CIRCUIT THE ENCLOSED MOTION IS THE SAME FILED.

(18) MAINTAIN A COPY OF THE DISTRICT COURT'S TRANSCRIPTS DENYING THE SCAPICCHIO USE IMMUNITY MOTION UNDER SEAL, AND UNSEAL THE SAME.

(19) MAINTAIN A COPY OF MIKE STANLEY'S JUNE/JULY 1995 302, BY TODD RICHARD'S AND CONFIRM SAID DOCUMENT WAS NOT TURNED OVER UNTIL THE RELEASE OF JENCKS IN AUGUST 1999. — OR CERTIFY TO THE FIRST CIRCUIT THE ENCLOSED 302, IS THE SAME.

(20) MAINTAIN A COPY OF WILLIAM NINITCHE'S ~~INCLUDE~~ JUNE 20, 1997 DEBRIEFING, AND CERTIFY A COPY TO THE 1ST CIRCUIT.

(21) MAINTAIN A COPY OF SCAPICCHIO'S SEPTEMBER 19, 2003 AFFIDAVIT, FILED IN SUPPORT OF A

3

REQUEST FOR AN EVIDENTIARY HEARING, IN THE 2255.

(22) MAINTAIN A COPY OF JAMES WERRA'S SEPTEMBER 1995 INITIAL INFORMATION CONVAYED TO THE GOVERNMENT THAT BRADSHAW WAS STAYING AT LALLY'S AND THE CONTRABAND WAS HIS...

(23) MAINTAIN A COPY OF JAMES WERRA'S GRANDJURY TESTIMONY.

(24) MAINTAIN A COPY OF DONALD DESIMONE'S GRANDJURY TESTIMONY.

(25) MAINTAIN A COPY OF CHRISTINA BELLEFEUILLE'S DEBRIEFING STATING SHE DROVE THE SWITCH CAR AND KEVIN LALLY AND BRADSHAW STUCK UP ROXIE'S IN W. ROXBURY MA..

(26) MAINTAIN A COPY OF JOSEPH BRADSHAW'S VERIFIED MOTION TO COMPEL ASSIGNED COUNSEL TO FILE A MOTION TO DISMISS INDICTMENT BASED ON ALMOST 3 YR PREJUDICIAL DELAY AND/OR THE APPROPRIATE RELIEF D.E 250, 1-10-98.

(27) MAINTAIN A COPY MOTION BY BRADSHAW TO DISMISS ANDREWS D.E. 253, 6-22-98.

(28) MAINTAIN A COPY ANDREW'S MOTION TO WITHDRAW D.E 254, 6-25-98.

(29) MAINTAIN COPY'S OF MOTIONS TO COMPEL ASSIGNED COUNSEL TO FILE, 244, 245, 246, 247, 248, 249, 251, AND 252.

4

(30) MAINTAIN A COPY OF MOTION BY JOSEPH BRADSHAW TO DISMISS, D.E. 263, 12-4-98.

(31) MAINTAIN A COPY OF THE 6-21-96 TRANSCRIPTS D.E. 6-21-96.

(32) MAINTAIN A COPY OF THE 12-2-97 TRANSCRIPTS 12-2-97.

(33) MAINTAIN A COPY OF JUDGE WOLF'S 12-5-97 ORDER D.E. 209.

(34) MAINTAIN A COPY OF JUDGE WOLF'S 4-2-98 ORDER D.E. 218.

(35) MAINTAIN A COPY OF JUDGE WOLF'S 1-13-99 AND 1-14-99 ORDER'S D.E. 271.

(36) MAINTAIN A COPY OF BRADSHAW'S SPEEDY TRIAL MOTION/MEMORANDUM OF LAW WITH A AFFIDAVIT IN SUPPORT D.E. 357 AND 358 9-3-99

(37) MAINTAIN A COPY OF THE GOVERNMENTS MEMORANDUM IN OPPOSITION TO 357-1 MOTION TO DISMISS PURSUANT TO S.T.A.

DATED 12-12-05

Respectfully Submitted
Joseph Bradshaw
20980-038
U.S.P. MAX-A-D-X
BOX 8500
FLORENCE CO. 81226

5


CERTIFICATE OF SERVICE

I, Joseph Bradshaw, do hereby certify that I have caused a true copy of the foregoing to be served by 1st class mail postage pre-paid on A.U.S.A. Dina M. Chaitowitz, One Courthouse Way, Suite 9200 Boston MA. 02210

Dated 12-12-05.

Joseph Bradshaw