UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Bradshaw
    Petitioner/Appellant

v.

United States of America
    Defendant/Appellee

Civ. No. 03-12324
App. No. 05-2196
Cr. No. 96-10032

MOTION FOR THIS COURT TO
CERTIFY THE ENCLOSED DOCUMENTS
AS PART OF THE RECORD ON
APPEAL AND CERTIFY A COPY
OF THE DISTRICT COURT'S DOCKET
ENTRIES IN 96-10032 D-PW

Motion for this Court to certify the enclosed documents as part of the accurate record on appeal and certify a copy of the District Court's docket entries in 96-10032 DPW. As grounds therefore: The Appellant has filed a motion for extending the 10 day rule to order transcripts for good cause, Rule 10(d). The Appellant has filed a motion requesting the government to stipulate to factual evidence on appeal. Rule 10(d). The Appellant has filed motion requesting the government stipulate partial records be retained by the District Court, subject to be recalled by the

1

Court of Appeals or any party. Fed. R. App. Proc. 11(F). The Appellant has requested from this Clerk transcript order form and C.J.A form 24.

Furthermore, the following enclosed for certification

(1) Defendant Bradshaw's pro-se, ex-parte motion for sealed proffer hearing of Attorney Scapicchio requesting use immunity.

(2) The government's 10-22-87 motion to disqualify counsel for Sutherland.

(3) Mike Stanley's 1995 302 by F.B.I Agent Todd Richard, and,

(4) Scapicchio's September 13, 2003 Affidavit.

(5) In addition to this court certifing a copy of the 96-10032 docket entries, (not enclosed)

The above is relevant documents to support are necessary to litigate on appeal this court's error in ordering a evidentiary hearing in the use immunity matter to establish the effective defense and prosecutorial misconduct theory in <u>US v. Angiulio</u>, 897 F.2d 1169 (1st Cir. 1990) relating to use immunity. Moreover, the above are related and prove the government's disqualification motion was pre-textual, hence non excludable

2

UNDER THE Speedy TRIAL Claim.

Respectfully Submitted
Joseph Bradshaw
20980-038
U.S.P. MAX
Box 8500
Florence CO. 81226

DATED. 12-12-05

CERTIFICATE OF SERVICE
AND VERIFICATION

I, Joseph Bradshaw do hereby certify and verify pursuant to 28 U.S.C. § 1746 under the penalty of perjury the foregoing Motion for Stipulation is true and accurate, and that I have caused a true copy of the same to be served by 1st class mail postage pre-paid on AUSA Dina M. Chaitowitz, One Courthouse Way Suite 9200 Boston MA. 02210

DATED. 12-12-05

Joseph Bradshaw

3