UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOSEPH BRADSHAW         )
                         )
      V.           )     CIVIL ACTION NO. 03-12324-DPW
                         )
UNITED STATES OF AMERICA )

<u>APPEARANCE OF GOVERNMENT COUNSEL</u>

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  <u>/s/ Robert E. Richardson</u>
      ROBERT E. RICHARDSON
December 29, 2005      Assistant U.S. Attorney
      (617) 748-3172

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon petitioner, Joseph Bradshaw, Reg. No. 20980-038, FCI- Florence, P.O. Box 7000, Florence, CO 81226, a copy of the foregoing document by first class mail.

<u>/s/ Robert E. Richardson</u>
ROBERT E. RICHARDSON
Assistant U.S. Attorney