UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
JOSEPH BRADSHAW        )
                       )
        V.             )    CIVIL ACTION NO. 03-12324-DPW
                       )
UNITED STATES OF AMERICA )
```

WITHDRAWAL OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby withdraws as counsel in this case and asks to be deleted from the docket for purposes of receiving electronic notices in this case.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
December 29, 2005             Assistant U.S. Attorney
                              (617) 748-3172
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon petitioner, Joseph Bradshaw, Reg. No. 20980-038, FCI- Florence, P.O. Box 7000, Florence, CO 81226, a copy of the foregoing document by first class mail.

```
                              /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
```