# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2196

JOSEPH BRADSHAW,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: March 29, 2006

Petitioner's motion for leave to reduce the issues and to amend the speedy trial issue is granted. We have carefully reviewed the record, this motion, and petitioner's other submissions in support of his application for a certificate of appealability with respect to district court case no. 03-12324. We conclude that petitioner has failed to make "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), essentially for the reasons given in the district court's order dated July 16, 2004.

Accordingly, the application for a certificate of appealability is denied. Petitioner's other motions are denied as moot.

The appeal is terminated.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

By the Court:

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/27/06

Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
      Chief Deputy Clerk.

[cc: Timothy Q. Feeley, AUSA, Dina M. Chaitowitz, AUSA, Robert E. Richardson, AUSA, Joseph Bradshaw]