# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2196

JOSEPH BRADSHAW,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: March 29, 2006

Petitioner's motion for leave to reduce the issues and to amend the speedy trial issue is <u>granted</u>. We have carefully reviewed the record, this motion, and petitioner's other submissions in support of his application for a certificate of appealability with respect to district court case no. 03-12324. We conclude that petitioner has failed to make "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), essentially for the reasons given in the district court's order dated July 16, 2004.

Accordingly, the application for a certificate of appealability is <u>denied</u>. Petitioner's other motions are <u>denied</u> as moot.

The appeal is <u>terminated</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

By the Court:

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/27/06

Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
Chief Deputy Clerk.

[cc: Timothy Q. Feeley, AUSA, Dina M. Chaitowitz, AUSA, Robert E. Richardson, AUSA, Joseph Bradshaw]